JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER<br><br>Plaintiffs<br><br>v.<br><br>STRATHMORE TOWERS APARTMENTS; DAVID HAGER; JUDITH HAGER; WALTER FEINBLUM; ESTHER FEINBLUM; MZL PROPERTIES INC.; GABRIEL NEAGU, Manager, Strathmore Towers Apartments; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 2:17-cv-00798-PJW<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants STRATHMORE TOWERS APARTMENTS; DAVID HAGER; JUDITH HAGER; WALTER FEINBLUM; ESTHER FEINBLUM; MZL PROPERTIES INC.; GABRIEL NEAGU, Manager, Strathmore Towers Apartments be dismissed with prejudice from Plaintiffs' Complaint and

Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:17-cv-00798-PJW.

**IT IS SO ORDERED.**

Dated: May 9, 2017

_____
Honorable Magistrate Judge Patrick J. Walsh